IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL KEITH BROWN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:19-cv-1267-K (BT) |
| | § | |
| U.S. DEPT. OF DEFENSE, ET AL., | § | |
| Defendants. | § | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Further, the Plaintiff filed an Amended Complaint on July 3, 2019, seeking to add Defendants Dallas Area Rapid Transit, Department of Justice, AT&T Corporation, Mesquite Municipal/Government and remove Town of Addison Texas, US Department of Defense, City of Dallas and Department of Treasury.

After due consideration, the Court finds that this action is still subject to dismissal with prejudice pursuant to 28 U.S.C. § 1915(e)(2). This case is patently frivolous.

SO ORDERED

Signed July 9th, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE